United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**WILLIAM RICHARD MILLER, JR.,**

Plaintiff,

v.

**FIOPTIX, INC., ET AL.,**

Defendants.

**Case No.: 4:25-cv-10768-YGR**

**ORDER DISMISSING CASE WITH PREJUDICE FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 31

On October 29, 2026, the Court issued an order extending plaintiff William Richard Miller, Jr.'s time to file a second amended complaint to November 13, 2026 and warned that failure to file would result in the case being dismissed *sua sponte*. (Dkt. No. 31.) Plaintiff did not file an amended pleading by the deadline.

Thereafter, on November 15, 2026, defendant FiOptix, Inc. filed a notice of plaintiff's failure to file and request that all claims be dismissed with prejudice. (Dkt. No. 32.) Weighing the five Rule 41(b) factors set forth in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986), the Court finds that the public's interest in expeditious resolution, the Court's need to manage its docket, the risk of prejudice to defendants, and the availability of less drastic alternatives all favor dismissal, and the policy favoring disposition on the merits does not outweigh them.

Accordingly, given plaintiff's failure to prosecute, the Court hereby orders that all claims in this action are **DISMISSED WITH PREJUDICE** under Rule 41(b). The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

Date: November 16, 2026

**YVONNE GONZALEZ ROGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**